UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. EP15mj1279ATB |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | |
| v. | ) | 18 U.S.C. § 641 – Theft of Government Property |
| | ) | |
| MELISSA GAYLE GIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL INFORMATION

1. I am presently assigned as the Military Police Operations Sergeant in the Provost Marshal's Office at Fort Bliss, Texas. I have reviewed Military Police Report 07048-2014-MPC014, and the sworn statements made part thereof, and have derived the following facts there from:

2. On December 15, 2014, Army Air Force and Exchange Service employee T.O. was working at the Main Post Exchange located on Fort Bliss in the Western District of Texas. While working as a loss prevention employee, T.O. observed via video camera as the Defendant, **MELISSA GAYLE GIFFIN**, selected cosmetic wrinkle cream and slid it into her pants. The Defendant then exited the Post Exchange without paying for the concealed cosmetic wrinkle cream.

3. After the Defendant exited the Post Exchange, she was approached by a loss prevention employee and escorted to the loss prevention office. Inside the loss prevention office, the Defendant surrendered concealed cosmetic wrinkle cream, perfume, and tweezers that she had taken from the Post Exchange without purchasing. The total retail value of the items concealed on the Defendant was $105.20, which was the amount stolen. The Post Exchange is owned and

operated by the Army and Air Force Exchange Service, which is an agency of the United States.

The merchandise is the property of the United States Government.

4. The Defendant was detained and transported to the Provost Marshal Office by Military Police Officer Specialist D.P.  Specialist D.P. advised the Defendant of her rights, which she waived making a written statement admitting to the offense.  The Defendant was then photographed, fingerprinted, and released on her own recognizance.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED THIS __15__ DAY OF __April__, 2015.



LUZ E. JUAREZ
Notary Public, State of Texas
My Commission Expires
January 22, 2017

_____
CHRISTIAN MARSH
Sergeant First Class, MP Operations

Sworn to (affirmed) and subscribed before me this __15__ day of __April__ 2015, by CHRISTIAN MARSH.

_____ Personally known or __✓__ Produced __military id__ as identification.

_____
Signature of Notary Public

Probable cause found:
No probable cause found:

DATE: _____

_____
UNITED STATES MAGISTRATE JUDGE

## Fort Bliss Misdemeanors
### Date: April 14, 2015
### Judge Berton

| **NAME** | **OFFENSE** | **MAXIMUM PUNISHMENT** |
|---|---|---|
| Melissa Gayle Giffin | COUNT ONE<br>THEFT OF GOV. PROPERTY<br>18 USC 641<br>Class A Misdemeanor | Imprisonment One Year, $100,000 Fine, One year Supervised Release, $25 SA |